UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNN C. HALLOCK,<br><br>Plaintiff,<br><br>v.<br><br>GREEN RIDGE PERSONAL CARE LLC t/a The Gardens of Green Ridge, et al.,<br><br>Defendants. | CIVIL ACTION NO. 3:16-cv-00595<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this **24th** day of September, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendants' motion for summary judgment (Doc. 29) is **GRANTED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the defendants with respect to Count I of the plaintiff's operative complaint at the time, asserting a state-law claim of common law wrongful termination; provided, however, that the entry of judgment shall be **STAYED** and held in abeyance for a period of thirty (30) days to permit the plaintiff to file a second amended complaint;

3. Within **fourteen (14) days** of the date of this Order, the plaintiff may file a second amended complaint, which shall retain the same Count I, asserting a state-law claim of common law wrongful termination, but which shall add a second count, labeled as "Count II," asserting a statutory claim of unlawful retaliation for activity protected under the Older Adults Protective Services Act, 35 P.S. § 10225.302(c); and

4. If a second amended complaint is not timely filed, the case will be **CLOSED** upon entry of judgment on Count I.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge